Grafton
No. 6168

SUTTON MUTUAL FIRE INSURANCE CO.

v.

RAY-JON, INC., RAYMOND JOHNSON AND
ANNA WEXLER

April 30, 1973

*Stanley, Tardiff & Shapiro (R. Peter Shapiro* orally) for the
plaintiff.

*Shaw & Eldredge* for the defendants filed no brief.

PER CURIAM. This case was consolidated and tried in the
superior court with another case involving the defendant
Raymond Johnson and the Liberty Mutual Insurance Com-
pany. The defendant Johnson was the appellant in the *Liberty
Mutual* case and his exceptions were argued and decided
adversely to him prior to argument of this case. *Johnson v.
Liberty Mut. Ins. Co.,* 113 N.H. 8, 300 A.2d 57 (1973).
 In the present declaratory judgment action, the Trial Court
(*Keller,* C. J.) made certain findings and decreed that Sutton
Mutual Insurance Company was not required to defend the
action brought against defendant Johnson by defendant
Wexler for alleged injuries sustained in an accident at the
Maplewood Hotel Casino in Bethlehem. This is the same
accident for which defendants sought to obtain coverage from
Liberty Mutual and which was determined adversely to them
in *Johnson v. Liberty Mutual Insurance Company supra.*
 Defendants have neither briefed nor argued their excep-
tions which were reserved and transferred by *Keller,* C.J.
The facts set forth in the *Liberty Mutual* case detail the cover-
age claims against Sutton Mutual and, as in that case, the

findings of the trial court are supported by the evidence and the decree must be sustained. *Johnson v. Liberty Mut. Ins. Co. supra.*

*Defendants' exceptions overruled.*